```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

RENATO GUIMARAES,                   :

                 Plaintiff,         :

        - against -                 :

SPEISER, KRAUSE, NOLAN &            :
GRANITO, P.C.,
                                    :
                 Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

**ORDER**

05 Civ. 2210 (DC)

**CHIN, District Judge**

  It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, any party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

  SO ORDERED.

Dated: New York, New York
    May 15, 2009

              DENNY CHIN
              United States District Judge